33 So.2d 483

**LIBERTY NAT. LIFE INS. CO. v. Ethel C. TRAMMELL.**

6 Div. 675.

Supreme Court of Alabama.

Jan. 22, 1948.

Lipscomb & Brobston, of Bessemer, and D. G. Ewing, of Birmingham, for petitioner.

Spain, Gillon, Grooms & Young, Ralph B. Tate and John P. Ansley, all of Birmingham, opposed.

LAWSON, Justice.

Petition of Ethel C. Trammell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Liberty National Life Insurance Co. v. Trammell, 33 So.2d 479.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.